PROB 12C
(6/16)

Report Date:  December 12, 2016

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Dec 13, 2016

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dustin W. Rhodes     Case Number: 0980 2:15CR00144-SMJ-12

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: May 12, 2016

| | |
|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 |

| | | |
|---|---|---|
| Original Sentence: | Prison - 121 days<br>TSR - 24 days | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Allyson Edwards | Date Supervision Commenced: May 12, 2016 |
| Defense Attorney: | Peter S. Schweda | Date Supervision Expires: May 11, 2018 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.<br><br>**Supporting Evidence**: Dustin Rhodes violated the conditions of his supervised release in Spokane, Washington, on December 9, 2016, by failing to report to the United States Probation Office as directed by his assigned probation officer.<br><br>On December 8, 2016, the undersigned officer placed a call to Mr. Rhodes in reference to recent alleged noncompliant behavior. A voicemail was left for Mr. Rhodes directing him to report to the U.S. Probation Office that day, or on December 9, 2016, at the latest. Mr. Rhodes was advised, via voicemail, that due to past issues with him being unavailable for contact, if he failed to report by the date indicated, a report would be submitted to the Court reflecting his actions. As of the date of this report, Mr. Rhodes has failed to make contact with, or report to, the undersigned officer. |
| 2 | **Special Condition # 15**: The defendant shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the Court. The defendant shall contribute to the cost of treatment according to his ability to pay. The defendant shall allow full reciprocal disclosure between the supervising officer and treatment provider. |

Prob12C
**Re: Rhodes, Dustin W.**
**December 12, 2016**
**Page 2**

<div style="margin-left: 2em">

**Supporting Evidence**:  Dustin Rhodes violated the conditions of his supervised release in Colville, Washington, on November 14, and December 5 and 7, 2016, by failing to appear for required treatment sessions at Alcohol Drug Education Prevention and Treatment (ADEPT).

3    **Special Condition # 17**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**:  Dustin Rhodes violated the conditions of his supervised release in Chewelah, Washington, by using a controlled substance, methamphetamine, on or about October 9 and December 6, 2016.  Mr. Rhodes also failed to report for a random urinalysis test on November 13, 2016.

</div>

The U.S. Probation Office respectfully recommends the Court issue a **warrant** for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    12/12/2016

s/Jeremy M. Tracy

Jeremy M. Tracy
U.S. Probation Officer

---

THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

Signature of Judicial Officer

12/13/2016

Date