FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 24, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DUSTIN W. RHODES,<br><br>Defendant. | No. 2:15-CR-144-SMJ-12<br><br>ORDER GRANTING UNOPPOSED MOTION TO RECONSIDER DETENTION |

Defendant was arrested for violating his supervised release, ECF No. 640. Pending adjudication of the alleged violations, and with both parties concurring, on February 7, 2017 this Court released Defendant to inpatient substance abuse treatment, ECF No. 669. The Court further ordered that Defendant return to custody upon the completion of inpatient treatment.

Defendant now moves that the Court permit him to reside at his mother's home after completion of treatment and pending resolution of the allegations that he violated the terms of his supervised release. Defendant indicates that the United States Probation Office has inspected and approved the proposed residence, and that no party opposes the motion, ECF No. 672.

Accordingly,

**IT IS ORDERED** that upon completion of inpatient substance abuse treatment, Defendant shall reside at the home of his mother, *on condition* that he not change addresses without prior approval of United States Probation, comply with

ORDER - 1

any recommended follow up substance abuse treatment, remain in contact with his attorney, appear for all future court dates, and comply with all existing terms and conditions of supervised release.

Defendant's Motion to Reconsider Detention, ECF No. 672, is **GRANTED**.

DATED February 24, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2