PROB 12C
(6/16)

Report Date: March 30, 2017

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 30, 2017

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dustin W. Rhodes    Case Number: 0980 2:15CR00144-SMJ-12

Address of Offender: Chewelah, Washington 99109

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: May 12, 2016

Original Offense: Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349

Original Sentence: Prison - 121 days
TSR - 24 months    Type of Supervision: Supervised Release

Asst. U.S. Attorney: Allyson Edwards    Date Supervision Commenced: May 12, 2016

Defense Attorney: Benjamin Flick    Date Supervision Expires: May 11, 2018

---

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/13/2016.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: The offender's supervision commenced on May 12, 2016. Due to an outstanding Washington State Department of Corrections warrant, the offender was unable to report to probation on the commencement date. On May 23, 2016, the offender reported to the office for his supervision intake and was advised of mandatory condition 2, and was provided a copy of his Court judgment.

On March 8, 2017, the offender was cited for first degree trespass by the Kalispel Tribal Police Department (KPD) at Northern Quest Casino. The undersigned spoke to KPD on March 8, 2017, and they stated that the offender had been permanently trespassed from their location in 2014, due to a wallet theft, and the cause for the current citation was that the offender was found to be on the property on March 8, 2017. KPD further advised that during the contact the offender was found to have an altered lottery ticket in his possession, but was not cited.

The undersigned made contact with the offender at his residence on March 22, 2017. The offender acknowledged he was aware of the fact that he had been permanently trespassed in 2014, from Northern Quest Casino, and also verified he had an altered lottery ticket in his possession, but denied knowing it had been modified.

5 **Special Condition # 17**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender's supervision commenced on May 12, 2016. Due to an outstanding Washington State Department of Corrections warrant, the offender was unable to report to probation on the commencement date. On May 23, 2016, the offender reported to the office for supervision intake and was advised of special condition 17, and was provided a copy of his Court judgment.

On February 28, 2017, the offender reported to the probation office following his discharge from inpatient treatment. The offender at that time was advised that he would be referred to the urinalysis testing program at Alcohol Drug Education Prevention and Treatment (ADEPT) in Colville, Washington. The offender was further advised that he would be on urinalysis testing color brown and he was to call the testing line everyday and report to ADEPT on the days that brown was called in order to submit a urine sample for testing. On March 22, 2017, the undersigned met with the offender and he was again at that time advised of his urinalysis testing responsibilities, as well as his color and the location of the testing site.

The undersigned was notified by ADEPT that the offender failed to report to their facility on March 26, 2017, for a random urinalysis test.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/30/2017

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

03/30/2017

Date