Report Date: December 6, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 06, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dustin W. Rhodes    Case Number: 0980 2:15CR00144-SMJ-12

Address of Offender: ▮▮▮▮▮ Chewelah, Washington 99109

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: May 12, 2016

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: | Prison - 121 days<br>TSR - 24 months | Type of Supervision: Supervised Release |
| Revocation Judgement:<br>May 18, 2017 | Prison - 4 months<br>TSR - 24 months | |
| Asst. U.S. Attorney: | Allyson Edwards | Date Supervision Commenced: August 7, 2017 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: August 6, 2019 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: On August 7, 2017, Mr. Dustin Rhodes signed his conditions of supervision, indicating he understood all conditions as ordered by the Court.  Specifically, Mr. Rhodes was made aware by his U.S. probation officer that he must refrain from any unlawful use of a controlled substance.<br><br>On November 9, 2017, Mr. Rhodes violated mandatory condition number 3 by consuming methamphetamine.  On this date, the offender reported to Alcohol Drug Education Prevention and Treatment (ADEPT) and provided a urine sample which tested presumptively positive for methamphetamine. Mr. Rhodes signed an admission of use form in which he admitted to using methamphetamine on or about November 1, 2017. |

The undersigned officer received confirmation from Alere, Inc., on November 21, 2017, verifying that the sample provided by Mr. Rhodes on November 9, 2017, was in fact positive for methamphetamine.

On November 29, 2017, the undersigned officer was notified by ADEPT that Mr. Rhodes provided a urine sample on November 28, 2017, that tested presumptively positive for methamphetamine. According to ADEPT staff, Mr. Rhodes is believed to have signed an admission of use form after providing the sample, but as of the writing of this report, neither the admission of use form nor lab confirmation has been received.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/06/2017

s/Amber Andrade

Amber Andrade
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

12/06/2017
Date