PROB 12C
(6/16)

Report Date:  December 28, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Dec 28, 2017

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dustin W. Rhodes                 Case Number: 0980 2:15CR00144-SMJ-12

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: May 12, 2016

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: | Prison - 121 days<br>TSR - 24 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>May 18, 2017 | Prison - 4 months<br>TSR - 24 months | |
| Asst. U.S. Attorney: | Allyson Edwards | Date Supervision Commenced: August 7, 2017 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: August 6, 2019 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/06/2017 and 12/20/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special condition # 3:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On August 7, 2017, the offender reported to the United States Probation Office for the purpose of an intake. It was at that time the offender was informed of all mandatory, standard, and special conditions of supervised release. The offender acknowledged he understood his obligation to the Court.

Mr. Rhodes violated his conditions of supervised release by using methamphetamine on or about December 21, 2017.

On December 27, 2017, Mr. Rhodes reported to the U.S. Probation Office as instructed after his initial appearance on this day, and provided a urinalysis that tested presumptive positive for amphetamine and methamphetamine. Mr. Rhodes admitted to the undersigned , and via a signed document, that he used methamphetamine on or about December 21, 2017.

**Prob12C**
**Re: Rhodes, Dustin W.**
**December 28, 2017**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    12/28/2017

Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

## THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ X ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[ X ]  Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

12/28/2017

Date