# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Dustin W. Rhodes | Case Number: 0980 2:15CR00144-SMJ-12 |

Address of Offender: ▮▮▮▮▮ Chewelah, Washington 99109

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: May 12, 2016

Original Offense: Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349

Original Sentence:      Prison - 121 days     Type of Supervision: Supervised Release
                                  TSR - 24 months

Revocation Sentence:     Prison - 4 months
May 18, 2017                   TSR - 24 months

Asst. U.S. Attorney:     Allyson Edwards     Date Supervision Commenced: August 7, 2017

Defense Attorney:       Miles Pope           Date Supervision Expires: August 6, 2019

## PETITIONING THE COURT

To issue a summons and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/06/2017, 12/20/2017 and 12/28/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special condition # 3:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On August 7, 2017, the offender reported to the U.S. Probation Office for the purpose of an intake. It was at that time the offender was informed of all mandatory, standard, and special conditions of supervised release. The offender acknowledged he understood his obligation to the Court. |
| | Mr. Rhodes violated his conditions of supervised release by using methamphetamine on or about February 3, 2018. |

On February 8, 2018, Mr. Rhodes reported to the U.S. Probation Office after his initial appearance reference the petition filed December 28, 2017. After initially being deceitful and failing to provide a urinalysis as directed by the undersigned, Mr. Rhodes admitted to the undersigned, and via a written document, that he smoked methamphetamine on or about February 3, 2018.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/06/2017, 12/20/2017 and 12/28/2017, and that the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/13/2018

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

02/13/2018
Date