PROB 12C
(6/16)

Report Date: February 14, 2018

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 15, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dustin W. Rhodes                Case Number: 0980 2:15CR00144-SMJ-12

Address of Offender: ▉▉▉▉▉▉▉ Chewelah, Washington 99109

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: May 12, 2016

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: | Prison - 121 days<br>TSR - 24 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>May 18, 2017 | Prison - 4 months<br>TSR - 24 months | |
| Asst. U.S. Attorney: | Allyson Edwards | Date Supervision Commenced: August 7, 2017 |
| Defense Attorney: | William Miles Pope | Date Supervision Expires: August 6, 2019 |

### PETITIONING THE COURT

To issue a **warrant** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/06/2017, 12/20/2017, 12/28/2017, and 02/13/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On August 7, 2017, the offender reported to the U.S. Probation Office for the purpose of an intake. It was at that time the offender was informed of all mandatory, standard, and special conditions of supervised release. The offender acknowledged he understood his obligation to the Court.<br><br>Mr. Rhodes violated his conditions of supervised release by allegedly committing the felony crimes of theft in the second degree, and six counts of identity theft in the second degree.<br><br>Per Spokane Police Report 2018-20001732, Mr. Rhodes unlawfully produced and cashed checks through his previous employer's (Luigi's Family Restaurant) Inland Northwest Bank account. Report 2018-20001732 specifically indicates five counterfeit checks were cashed and endorsed by Mr. Rhodes from dates ranging from December 20, 2017, to January 15, 2018, with the amount of theft totaling $2,356.45. |

Case 2:15-cr-00144-SMJ    ECF No. 854    filed 02/15/18    PageID.3388    Page 2 of 2

Prob12C
**Re: Rhodes, Dustin W.**
**February 14, 2018**
**Page 2**

Spokane Superior Court documents show Mr. Rhodes is being charged with theft in the second degree and six counts of identity theft in the second degree as referenced in report 2018-20001732. On February 14, 2018, the undersigned spoke with the assigned prosecuting attorney in which Mr. Rhodes' arraignment in Spokane Superior Court is scheduled for February 28, 2018.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/06/2017, 12/20/2017, 12/28/2017, and 02/13/2017, and that the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/14/2018

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

02/15/2018
Date