PROB 12C
(6/16)

Report Date: February 26, 2018

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 26, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dustin W. Rhodes                    Case Number: 0980 2:15CR00144-SMJ-12

Address of Offender: ▮▮▮▮▮▮▮▮ Chewelah, Washington 99109

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: May 12, 2016

Original Offense:     Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349

Original Sentence:    Prison - 121 days              Type of Supervision: Supervised Release
                      TSR - 24 months

Revocation Sentence:  Prison - 4 months
May 18, 2017          TSR - 24 months

Asst. U.S. Attorney:  Allyson Edwards               Date Supervision Commenced: August 7, 2017

Defense Attorney:     William Miles Pope            Date Supervision Expires: August 6, 2019

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/06/2017, 12/20/2017, 12/28/2017, 02/13/2018 and 02/15/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Special Condition # 3**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On August 7, 2017, the offender reported to the U.S. Probation Office for the purpose of an intake. It was at that time the offender was informed of all mandatory, standard, and special conditions of supervised release. The offender acknowledged he understood his obligation to the Court.

On January 29, 2018, Mr. Rhodes was advised that he would be on the urinalysis testing program at Alcohol Drug Education Prevention Treatment (ADEPT) in Deer Park, Washington, in conjunction with his outpatient treatment. Mr. Rhodes was further advised he would be on urinalysis testing color brown.  He was directed to call the testing line every

day, and was to report to ADEPT on the days that brown was called, in order to submit a urine sample for testing. Mr. Rhodes acknowledged an understanding and agreement to this process.

On February 14, 2018, Mr. Rhodes' urinalysis tested presumptive positive for methamphetamine. On February 19, 2018, the aforementioned urinalysis was confirmed positive for methamphetamine by Alere Laboratories.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/06/2017, 12/20/2017, 12/28/2017, 02/13/2018 and 02/15/2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/26/2018

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

02/26/2018
Date